# EXHIBIT A

Page 1

1  UNITED STATES BANKRUPTCY COURT
2  DISTRICT OF DELAWARE
3
4  In re:                              :
5                                      :  Chapter 7
6  PREHIRED, LLC, et al.,              :  Case No. 22-11007 (JTD)
7          Debtors.                    :  (Jointly Administered)
8  _____:
9
10                         United States Bankruptcy Court
11                         824 North Market Street
12                         Wilmington, Delaware
13                         September 17, 2024
14                         11:45 a.m. to 11:51 a.m.
15
16
17          ***Partial transcript of proceedings***
18
19
20
21  B E F O R E :
22  HON JOHN T. DORSEY
23  U.S. BANKRUPTCY JUDGE
24
25  ECRO OPERATOR:   JERMAINE COOPER

Page 2

1  HEARING re Motion to Enforce the Final Judgment filed by
2  Joshua Jordan [D.I. 222; 6/28/2024]
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  Transcribed by:  Sonya Ledanski Hyde

```
 1  A P P E A R A N C E S :

 2

 3  N.C. DEPARTMENT OF JUSTICE

 4        Attorneys for State of North Carolina

 5

 6  BY:   DANIELLE ALLEN

 7

 8  WASHINGTON STATE ATTORNEY GENERAL'S OFFICE

 9        Attorneys for the State of Washington

10

11  BY:   SUSANA CROKE

12        MADELINE DAVIS

13        JULIA DOYLE

14

15  ASHBY & GEDDES, P.A.

16        Attorneys for the Trustee

17

18  BY:   DESTINY KOSLOSKE

19        RICARDO PALACIO

20

21  JOSHUA JORDAN, Pro Se Debtor Representative

22

23

24

25
```

Page 4

1                    P R O C E E D I N G S

2           MR. JORDAN:  Your Honor, I apologize, Ms. Croke is

3    correct.  I apologize.  I am wrong and she was right on this

4    issue.  She moved, the State did move the partial summary

5    judgment.  They just, I got confused because they cited so

6    many times for the pre-hired entities as being the parties.

7    But she's right, technically, they didn't include them on

8    the docket file.  So, that is my error.

9           THE COURT:  Okay.  Anything else?

10          MR. JORDAN:  One other item that I would address

11   is that the Trustee, Mr. Palacio, did make a point that, in

12   addition to the definition of successor and assign, and

13   still no point that there were assignments there.  They did

14   have the opportunity to exclude assign and just keep

15   successors of Prehired as being released parties.  But they

16   didn't, and the State of Washington didn't.  So, the plain

17   language does include me as a released party.

18          And then, one other point I'd just like to make,

19   Your Honor, is that any attempt by the State of Washington

20   or the Trustee to now claim that I was not intended to be a

21   released party, it's just contradicting the plain order of

22   the document.  And I believe it contradicts … oh my gosh …

23   gosh, contra proferentem, where you can't go back and

24   reinterpret something that self-servers you just because it

25   now serves a different purpose.  I'm sorry if I'm misquoting

Page 5

1   ... contra ...

2        THE COURT: Contra proferentem. I know what
3   you're talking about, contra proferentem. I know what
4   you're talking about.

5        MR. JORDAN: Yes, okay. So, I just would like to
6   say that this is ... again, I'm a pro se litigant and I feel
7   like, like if state agencies can just change the definitions
8   of actual words and say no, that word doesn't actually mean
9   that, it should mean something else after they benefitted
10  from it. I'm like, how is a regular guy supposed to just
11  live his life and help create businesses and churches and
12  like, I'm just, I'm ... so that's just the way I feel about
13  this, Your Honor, is like ... I'm trying my best here and I
14  just feel like it is what it is and the state just doesn't
15  like it. And the way I look at it is like, they're the
16  State, like they're big boys and girls. Like, they made a
17  mistake, okay, like, but you got to stick to what was agreed
18  and what became an order. And I'll stop there.

19       THE COURT: All right, thank you. All right.
20  Well, I've read the papers, I've listened to the arguments.
21  And Mr. Jordan, unfortunately, you have a lot of problems
22  with your motion.

23       First of all, I agree with the State; it is
24  procedurally improper. You did not raise this issue with me
25  prior to the entry of judgment against you in the State of

Page 6

1   Washington. If you had done so, you could have proceeded my
2   motion and I could have just told the State you can't
3   proceed against him if, in fact, I found that you were
4   released under the terms of the release, but we'll get to
5   that in a moment.
6       What you're asking me to do now is say, yes, the
7   State violated the order, they went ahead and got judgment
8   against you, and now you want me to compel them to take
9   action in Washington State Court, to undo what they did.
10  That's a mandatory injunction. That requires an adversary
11  proceeding. You're also asking for damages, which requires
12  an adversary proceeding, and you're asking for sanctions,
13  which requires an adversary proceeding.
14      So, procedurally, your motion is invalid. Even if
15  we could proceed on the merits of your motion, I find that
16  it is not … not a valid request.
17      The, this assignment was not pursued, or was not
18  disclosed during the bankruptcy proceeding. Mr. Palacio
19  said he did, they were aware of it, I don't know at what
20  time they were aware of it. But even if it was, even if
21  they were, it would have been something that the estate
22  could have avoided, as either a preference or a fraudulent
23  conveyance.
24      And even if valid, even if I could consider the
25  motion, the assignment, I agree with Mr. Palacio and the

1   State of Washington, that this assignment assigns, as is
2   referred to in the release provision, is not an assignment
3   of just particular claims; it's an assignment that the
4   Debtor is transferring all of its assets and liabilities to
5   another party. You can assign it, you can be a successor by
6   having a merger and assignment is something different;
7   you're assigning your assets and liabilities to someone
8   else. All you did was assign the assets to yourself, not
9   the liabilities. That is not what was contemplated by the
10  terms of the release.
11           In addition, the State has indicated, and I agree
12  with them based on the law of the State of Washington, that
13  they were pursuing this action against you in your
14  individual capacity. So, even if you validly assigned, and
15  you were an assignee of the Debtor's liabilities, which you
16  are not, but assuming you were, that didn't alleviate you of
17  your personal liabilities. And individuals can be held
18  liable -- corporate officers, directors, managing agents,
19  can be held liable -- for the actions taken during their
20  work for a corporation. You did … to have a release under
21  this provision of the plan, it would have had to include a
22  release for officers, directors and managing agents, and the
23  release does not do so. It only released the Debtors, and
24  the Debtors only, so you still have your personal liability
25  to the State of Washington.

1          So, for all of those reasons, I find that the
2   motion is procedurally improper in the first instance, and
3   two, even if it isn't, it is not a valid motion, and I find,
4   I'm going to sustain the objection of the State of
5   Washington, and deny your motion.
6          Any questions?
7          MR. JORDAN: No, Your Honor. I understand.
8          THE COURT: The State of Washington, any
9   questions?
10         MS. CROKE: No questions, Your Honor.
11         THE COURT: Thank you. Anything else for today?
12  I think that was all we had on the agenda. All right, thank
13  you all very much. We are adjourned.
14         MS. CROKE: Thank you.
15         (Whereupon these proceedings were concluded at
16  11:52 AM)

Page 9

I N D E X

RULINGS

|  | Page | Line |
|---|---|---|
| Motion Denied | 8 | 5 |

Page 10

1         C E R T I F I C A T I O N
2
3    I, Sonya Ledanski Hyde, certified that the foregoing
4    transcript is a true and accurate record of the proceedings.
5
6    *[signature: Sonya M. Ledanski Hyde]*
7
8    Sonya Ledanski Hyde
9
10
11
12
13
14
15
16
17
18
19
20   Veritext Legal Solutions
21   330 Old Country Road
22   Suite 300
23   Mineola, NY 11501
24
25   Date:   October 25, 2024

[& - debtors]                                                                 Page 1

| & | actual 5:8 | assignments 4:13 | concluded 8:15 |
|---|---|---|---|
| & 3:15 | actually 5:8 | assigns 7:1 | confused 4:5 |
| **1** | addition 4:12 7:11 | assuming 7:16 | consider 6:24 |
| 11501 10:23 | address 4:10 | attempt 4:19 | contemplated 7:9 |
| 11:45 1:14 | adjourned 8:13 | attorney 3:8 | contra 4:23 5:1 5:2,3 |
| 11:51 1:14 | administered 1:7 | attorneys 3:4,9 3:16 | contradicting 4:21 |
| 11:52 8:16 | adversary 6:10 6:12,13 | avoided 6:22 | contradicts 4:22 |
| 12151 10:6 | agencies 5:7 | aware 6:19,20 | conveyance 6:23 |
| 17 1:13 | agenda 8:12 | **b** | cooper 1:25 |
| **2** | agents 7:18,22 | b 1:21 | corporate 7:18 |
| 2024 1:13 10:25 | agree 5:23 6:25 7:11 | back 4:23 | corporation 7:20 |
| 22-11007 1:6 | agreed 5:17 | bankruptcy 1:1,10,23 6:18 | correct 4:3 |
| 222 2:2 | ahead 6:7 | based 7:12 | country 10:21 |
| 25 10:25 | al 1:6 | believe 4:22 | court 1:1,10 4:9 5:2,19 6:9 8:8,11 |
| **3** | allen 3:6 | benefitted 5:9 | create 5:11 |
| 300 10:22 | alleviate 7:16 | best 5:13 | croke 3:11 4:2 8:10,14 |
| 330 10:21 | apologize 4:2,3 | big 5:16 | **d** |
| **5** | arguments 5:20 | boys 5:16 | d 4:1 9:1 |
| 5 9:6 | ashby 3:15 | businesses 5:11 | d.i. 2:2 |
| **6** | asking 6:6,11 6:12 | **c** | damages 6:11 |
| 6/28/2024 2:2 | assets 7:4,7,8 | c 3:1 4:1 10:1,1 | danielle 3:6 |
| **7** | assign 4:12,14 7:5,8 | capacity 7:14 | date 10:25 |
| 7 1:5 | assigned 7:14 | carolina 3:4 | davis 3:12 |
| **8** | assignee 7:15 | case 1:6 | debtor 3:21 7:4 |
| 8 9:6 | assigning 7:7 | certified 10:3 | debtor's 7:15 |
| 824 1:11 | assignment 6:17,25 7:1,2,3 7:6 | change 5:7 | debtors 1:7 7:23,24 |
| **a** | | chapter 1:5 | |
| a.m. 1:14,14 | | churches 5:11 | |
| accurate 10:4 | | cited 4:5 | |
| action 6:9 7:13 | | claim 4:20 | |
| actions 7:19 | | claims 7:3 | |
| | | compel 6:8 | |

**d**
definition 4:12
definitions 5:7
delaware 1:2 1:12
denied 9:6
deny 8:5
department 3:3
destiny 3:18
different 4:25 7:6
directors 7:18 7:22
disclosed 6:18
district 1:2
docket 4:8
document 4:22
dorsey 1:22
doyle 3:13

**e**
e 1:21,21 3:1,1 4:1,1 9:1 10:1
ecro 1:25
either 6:22
enforce 2:1
entities 4:6
entry 5:25
error 4:8
estate 6:21
et 1:6
exclude 4:14

**f**
f 1:21 10:1
fact 6:3
feel 5:6,12,14
file 4:8
filed 2:1
final 2:1
find 6:15 8:1,3
first 5:23 8:2
foregoing 10:3
found 6:3
fraudulent 6:22

**g**
g 4:1
geddes 3:15
general's 3:8
girls 5:16
go 4:23
going 8:4
gosh 4:22,23
guy 5:10

**h**
hearing 2:1
held 7:17,19
help 5:11
hired 4:6
hon 1:22
honor 4:2,19 5:13 8:7,10
hyde 2:25 10:3 10:8

**i**
improper 5:24 8:2
include 4:7,17 7:21
indicated 7:11
individual 7:14
individuals 7:17
injunction 6:10
instance 8:2
intended 4:20
invalid 6:14
issue 4:4 5:24
item 4:10

**j**
jermaine 1:25
john 1:22
jointly 1:7
jordan 2:2 3:21 4:2,10 5:5 5:21 8:7
joshua 2:2 3:21
jtd 1:6
judge 1:23
judgment 2:1 4:5 5:25 6:7
julia 3:13
justice 3:3

**k**
keep 4:14
know 5:2,3 6:19
kosloske 3:18

**l**
language 4:17
law 7:12
ledanski 2:25 10:3,8
legal 10:20
liabilities 7:4,7 7:9,15,17
liability 7:24
liable 7:18,19
life 5:11
line 9:4
listened 5:20
litigant 5:6
live 5:11
llc 1:6
look 5:15
lot 5:21

**m**
made 5:16
madeline 3:12
make 4:11,18
managing 7:18 7:22
mandatory 6:10
market 1:11
mean 5:8,9
merger 7:6
merits 6:15
mineola 10:23
misquoting 4:25
mistake 5:17
moment 6:5
motion 2:1 5:22 6:2,14,15 6:25 8:2,3,5 9:6
move 4:4
moved 4:4

**n**
n 3:1 4:1 9:1 10:1

| | | | |
|---|---|---|---|
| **n.c.** 3:3 | **point** 4:11,13 4:18 | **referred** 7:2 | 7:12,25 8:4,8 |
| **north** 1:11 3:4 | | **regular** 5:10 | **states** 1:1,10 |
| **ny** 10:23 | **pre** 4:6 | **reinterpret** 4:24 | **stick** 5:17 |
| **o** | **preference** 6:22 | **release** 6:4 7:2 7:10,20,22,23 | **stop** 5:18 |
| **o** 1:21 4:1 10:1 | **prehired** 1:6 4:15 | **released** 4:15 4:17,21 6:4 7:23 | **street** 1:11 |
| **objection** 8:4 | | | **successor** 4:12 7:5 |
| **october** 10:25 | **prior** 5:25 | **representative** 3:21 | **successors** 4:15 |
| **office** 3:8 | **pro** 3:21 5:6 | **request** 6:16 | **suite** 10:22 |
| **officers** 7:18 7:22 | **problems** 5:21 | **requires** 6:10 6:11,13 | **summary** 4:4 |
| **oh** 4:22 | **procedurally** 5:24 6:14 8:2 | **ricardo** 3:19 | **supposed** 5:10 |
| **okay** 4:9 5:5,17 | **proceed** 6:3,15 | **right** 4:3,7 5:19 5:19 8:12 | **susana** 3:11 |
| **old** 10:21 | **proceeded** 6:1 | **road** 10:21 | **sustain** 8:4 |
| **operator** 1:25 | **proceeding** 6:11,12,13,18 | **rulings** 9:3 | **t** |
| **opportunity** 4:14 | **proceedings** 1:17 8:15 10:4 | **s** | **t** 1:22 10:1,1 |
| **order** 4:21 5:18 6:7 | **proferentem** 4:23 5:2,3 | **s** 3:1 4:1 | **take** 6:8 |
| **p** | **provision** 7:2 7:21 | **sanctions** 6:12 | **taken** 7:19 |
| **p** 3:1,1 4:1 | | **se** 3:21 5:6 | **talking** 5:3,4 |
| **p.a.** 3:15 | **purpose** 4:25 | **self** 4:24 | **technically** 4:7 |
| **page** 9:4 | **pursued** 6:17 | **september** 1:13 | **terms** 6:4 7:10 |
| **palacio** 3:19 4:11 6:18,25 | **pursuing** 7:13 | **servers** 4:24 | **thank** 5:19 8:11,12,14 |
| **papers** 5:20 | **q** | **serves** 4:25 | **think** 8:12 |
| **partial** 1:17 4:4 | **questions** 8:6,9 8:10 | **signature** 10:6 | **time** 6:20 |
| **particular** 7:3 | **r** | **solutions** 10:20 | **times** 4:6 |
| **parties** 4:6,15 | **r** 1:21 3:1 4:1 10:1 | **sonya** 2:25 10:3,8 | **today** 8:11 |
| **party** 4:17,21 7:5 | **raise** 5:24 | **sorry** 4:25 | **told** 6:2 |
| **personal** 7:17 7:24 | **read** 5:20 | **state** 3:4,8,9 4:4,16,19 5:7 5:14,16,23,25 6:2,7,9 7:1,11 | **transcribed** 2:25 |
| **plain** 4:16,21 | **reasons** 8:1 | | **transcript** 1:17 10:4 |
| **plan** 7:21 | **record** 10:4 | | **transferring** 7:4 |
| | | | **true** 10:4 |
| | | | **trustee** 3:16 4:11,20 |

| |
|---|
| trying  5:13 |
| two  8:3 |
| **u** |
| u.s.  1:23 |
| under  6:4 7:20 |
| understand  8:7 |
| undo  6:9 |
| unfortunately  5:21 |
| united  1:1,10 |
| **v** |
| valid  6:16,24  8:3 |
| validly  7:14 |
| veritext  10:20 |
| violated  6:7 |
| **w** |
| want  6:8 |
| washington  3:8  3:9 4:16,19 6:1  6:9 7:1,12,25  8:5,8 |
| way  5:12,15 |
| went  6:7 |
| wilmington  1:12 |
| word  5:8 |
| words  5:8 |
| work  7:20 |
| wrong  4:3 |
| **x** |
| x  9:1 |