IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Joshua Jordan,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>Payment Saver, LLC, and Casey Graham,<br><br>　　　　　　　　　Defendants. | Civil Action No.: 4:24-cv-00890-JD-TER<br><br>**DEFENDANTS' SUBMISSION OF EXHIBIT A TO THEIR SUR-REPLY TO PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO FILE AMENDED COMPLAINT IN LIEU OF BRIEF** |

Defendants, Payment Saver, LLC ("Payment Saver") and Casey Graham ("Graham") (collectively referred to as "Defendants"), by and through their undersigned counsel, supplement their *Sur-Reply to Plaintiff's Reply in Support of Plaintiff's Motion to File Amended Complaint in Lieu of Brief* filed on October 28, 2024 (D.E. 44) with the Exhibit A that was inadvertently omitted from the filing. Exhibit A is an audio recording that has been placed on a flash drive and which is being delivered to the Court via overnight delivery to 401 West Evans Street, Florence, SC 29501 and to Plaintiff via overnight delivery to 3223 Twin Church Road, Timmonsville, SC 29161.

**HEDRICK GARDNER KINCHELOE & GAROFALO LLP**

By:　*s/Jonathan G. Roquemore*
　　　Joshua D. Shaw (Fed. ID. No. 10529)
　　　Jonathan G. Roquemore (Fed. ID. No. 09160)
　　　Hedrick Gardner Kincheloe & Garofalo LLP
　　　1230 Main St., Suite 325
　　　Columbia, SC 29201
　　　Phone: 803-727-1200
　　　jshaw@hedrickgardner.com
　　　jroquemore@hedrickgardner.com

　　　***Attorneys for Defendants Payment Saver, LLC and Casey Graham***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Joshua Jordan,<br><br>        Plaintiff,<br><br>v.<br><br>Payment Saver, LLC, and Casey Graham,<br><br>        Defendants. | Civil Action No.: 4:24-cv-00890-JD-TER<br><br><br>**CERTIFICATE OF SERVICE** |

This is to certify that a copy of *Defendants' Submission of Exhibit A to Their Sur-Reply in Response to Plaintiff's Reply in Support of Plaintiff's Motion to File Amended Complaint in Lieu of Brief* has been served upon the following by overnight delivery on this 29th day of October, 2024.

> Joshua Jordan
> 3223 Twin Church Road
> Timmonsville, SC 29161
> ***Pro se Plaintiff***

>                    *s/Jonathan G. Roquemore*_____
>                    Jonathan G. Roquemore