

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 2317
FLORENCE, SOUTH CAROLINA 29503

OFFICIAL BUSINESS

ITEM X-RAYED BY USMS

wrong address↗ This person doesn't live here

$0.97 0
US POSTAGE FIRST-CLASS
062S0012969389
FROM 29501

NOV 8 '24 AM 10:21
RCV'D - USDC FLO SC

Joshua Jordan
3223 Twin Church Road
Timmonsville, SC 29161

NIXIE    296  DE 1         0011/05/24
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 29503231717     *2080-01068-05-46

29503>2317

